IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SONJIA LEWIS GAMBLE and ANTHONY GAMBLE <br><br> Plaintiffs, <br><br> vs. <br><br> ADVANCED MEDICAL OPTICS, INC. <br><br> Defendant. | ) <br> ) <br> ) CIVIL ACTION <br> ) <br> ) <br> ) <br> ) FILE NO. 1:08-CV-2187 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, I HEREBY CERTIFY that I have this day served a copy of the following items of discovery, the originals of which remain in the custody of Plaintiffs' counsel:

1.   *PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ADVANCED MEDICAL OPTICS, INC.*

2.   *PLAINTIFFS' FIRST INTERROGATORIES TO DEFENDANT ADVANCED MEDICAL OPTICS, INC.*

3.   *PLAINTIFFS' FIRST REQUESTS FOR ADMISSIONS TO DEFENDANT ADVANCED MEDICAL OPTICS, INC.*

upon the all parties to this matter via First Class U.S. Mail, postage prepaid, delivered to the following:

Z. Ileana Martinez
Thompson Hine LLP
One Atlantic Center
1201 West Peachtree Street
Suite 2200
Atlanta, Georgia 30309

This 24th day of September, 2008.

         EDMOND JONES LINDSAY, LLP


          /s / Keith L. Lindsay
         Roderick E. Edmond
         Ga. Bar No. 239618
         Keith L. Lindsay
         Ga. Bar No. 452995
         Craig T. Jones
         Ga. Bar No. 399476
         Attorneys for Plaintiff

The Candler Building, Suite 410
127 Peachtree Street, NE
Atlanta, Georgia 30303
Telephone:  (404) 525-1080
Facsimile:  (404) 525-1073

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day electronically filed the foregoing Certificate of Service with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

> Z. Ileana Martinez
> Thompson Hine LLP
> One Atlantic Center
> 1201 West Peachtree Street
> Suite 2200
> Atlanta, Georgia 30309

This 24th day of September, 2008.

> By:  /s/ *Keith L. Lindsay*
>       Keith L. Lindsay
>       Ga. Bar No. 452995